## PROVIDENCE COUNTY.

NEW ENGLAND STEAM BRICK CO.
*vs.*
ISRAEL DUBE.

Jury Trial Waived,
No. 113.

PRACTICE:   AFFIDAVIT OF DEFENCE.

The defendant's affidavit set out "that I have a good and valid defence to a part of the plaintiff's claim ; that said defence consists in this, that the account rendered is incorrect and that prices charged for material furnished are higher than was agreed upon at the time of purchase. I make this affidavit from my best knowledge and belief and that such defence will prevail."

RESCRIPT.

*Filed December 23, 1895.*

MATTESON, C. J.   Section 59, of the amendments to the Judiciary Act,[1] requires that a defendant, to entitle himself to defend, shall make an affidavit only "that in his opinion there is a good and valid defence, and in what said defence consists." The defendant's affidavit in the present suit is a substantial compliance with this provision.

Motion for judgment for want of sufficient affidavit denied.

*Hayes & Hayes*, for plaintiff.

*T. H. Crowley*, for defendant.

[1] Reënacted, Gen. Laws R. I. cap. 239, § 14.